IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ADDONES SPENCER | § | |
| VS. | § | CIVIL ACTION NO. 1:13cv689 |
| JOHN WOMBLE | § | |

## MEMORANDUM OPINION AND ORDER

Plaintiff Addones Spencer, proceeding *pro se*, filed the above-styled lawsuit. Plaintiff has filed a motion (doc. no. 13) asking that his lawsuit be voluntarily dismissed. Plaintiff is entitled to dismiss his lawsuit prior to the service of adverse parties.

## O R D E R

For the foregoing reasons, plaintiff's motion for voluntary dismissal is hereby **GRANTED**. A Final Judgment shall be entered dismissing this action pursuant to FED. R. CIV. P. 41(a).

**SIGNED** this the 2 day of **September, 2014.**

_____
Thad Heartfield
United States District Judge